IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Criminal Action No. |
| ) | 08-00235-01-CR-W-DGK |
| CHARLES D. TAYLOR,       ) | |
| ) | |
| Defendant.       ) | |

O R D E R

On August 28, 2008, counsel for Defendant made an oral motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. John H. Wisner, M.D., who prepared a report dated September 24, 2008, in which he opined Defendant was competent to stand trial.

During a competency hearing held before United States Magistrate Judge Robert E. Larsen on October 14, 2008, Defendant and the government stipulated to the report of Dr. Wisner. The parties also waived the ten-day objection period to Judge Larsen's Report and Recommendation. Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Larsen is adopted in its entirety. This court finds that Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between August 28, 2008, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

                                       */s/ Greg Kays*
                                       GREG KAYS
                                       United States District Judge

Kansas City, Missouri
October 16, 2008

2

Case 4:08-cr-00235-DGK   Document 20   Filed 10/16/08   Page 2 of 2